ACCEPTED
03-13-00605-CV
3910091
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:25:29 AM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF MICHAEL J. SMITH, PLLC
### 13163 Humphrey Drive, Austin, Texas 78729

January 27, 2015

Jeffrey D. Kyle, Clerk of the Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

Craig T. Enoch
Melissa Lorber
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, Texas 78701

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 10:25:29 AM
JEFFREY D. KYLE
Clerk

RE: Case No. 03-13-00605-CV; *Kenneth G. Martin and Karken Corporation v. Barry Beitler; Bab8, L.L.C.; Living Architecture and Construction Management, Inc.; and Marley Porter*

Dear Mr. Kyle:

Please be advised that all Appellees will participate in the oral argument of the above referenced case scheduled for Wednesday, January 28, 2015 at 9:30 AM by and through their attorney of record, Michael J. Smith.

Sincerely,

Michael J. Smith
*Attorney for Appellees*